IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VTX COMMUNICATIONS, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00269 |
| | § | |
| AT&T INC., et al. | § | |
| | § | |
| Defendants. | § | |

AT&T DEFENDANTS' RESPONSE TO CERTIFICATE OF CONFERENCE ATTACHED TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY CONCERNING MOTION TO DISMISS [ECF 58]

Defendants AT&T Inc.; New Cingular Wireless PCS, LLC d/b/a AT&T Mobility, individually and in its capacity as General Partner of McAllen-Edinburg-Mission SMSA Limited Partnership, Texas RSA 18 Limited Partnership, and Texas RSA 19 Limited Partnership; AT&T Mobility Corporation; Cricket Communications, LLC; and Cricket Wireless LLC (collectively, the "AT&T Defendants") file this Response to Certificate of Conference Attached to Plaintiffs' Motion for Leave to File Sur-Reply Concerning the Motion to Dismiss [ECF 58]:

1. At 3:28pm on June 23, 2020, counsel for Plaintiffs left a voicemail for counsel for Defendants, asking for a call back, but not otherwise stating a reason for the call. At 4:00pm on June 23, 2020, counsel for Plaintiffs emailed a draft copy of the Motion for Leave to File a Sur-reply, asking if Defendants were opposed.

2. Less than two hours after the initial phone call, and before counsel for AT&T Defendants was able to respond, at 5:24pm on June 23, 2020, Plaintiffs filed the Motion for Leave to File Sur-reply[1] (the "Motion"). Plaintiffs attached a certificate of conference that stated counsel for Plaintiffs "made a reasonable attempt to confer with counsel for Defendants prior to the filing" of Plaintiffs' Motion and that "Defendants did not respond prior to the filing of the motion, however Plaintiffs anticipate that Defendants are opposed to the relief sought."[2]

3. While Plaintiffs' proposed sur-reply is wholly unnecessary and appears to be an attempt to improperly gain the last word regarding AT&T Defendants' Motion to Dismiss, AT&T Defendants are in fact unopposed to Plaintiffs' Motion.

---

[1] ECF 58.

[2] ECF 58, Certificate of Conference at page 7.

Dated: June 24, 2020

Respectfully submitted,

By: /s/ *Marty L. Brimmage, Jr.*

Marty L. Brimmage, Jr. (Attorney-in-Charge)
Southern District No. 30464
Texas Bar No. 00793386
mbrimmage@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 North Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Michelle A. Reed (Of Counsel)
Southern District No. 37587
Texas Bar No. 24041758
mreed@akingump.com
Brennan H. Meier (Of Counsel)
Southern District No. 3436702
Texas Bar No. 24077507
bhmeier@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 North Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Gil P. Peralez (Of Counsel)
Southern District No. 20401
Texas Bar No. 00791426
gpp@peralezfranzlaw.com
Chris Franz (Of Counsel)
Southern District No. 20870
Texas Bar No. 00792514
ccf@peralezfranzlaw.com
PERALEZ FRANZ LLP
1416 Dove Ave.
McAllen, TX 78504
Telephone: (956) 682-3660
Facsimile: (956) 682-3848
Service Email:
service@peralezfranzlaw.com

Zoë K. Wilhelm (Of Counsel)
Admitted *Pro Hac Vice*
Zoe. Wilhelm@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Ste. 1500
Los Angeles, CA 90067
Telephone: (310) 203-4034
Facsimile: (310) 229-1285

**ATTORNEYS FOR AT&T DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2020, the foregoing AT&T Defendants' Response to Certificate of Conference Attached to Plaintiffs' Motion for Leave to File Sur-reply Concerning Motion to Dismiss [ECF 58] was served on counsel of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system.

Larry Warren
lwarren@namanhowell.com
NAMAN, HOWELL, SMITH & LEE PLLC
Union Square II
10001 Reunion Place, Ste. 600
San Antonio, Texas 78216

Curt Kurhajec
ckurhajec@namanhowell.com
NAMAN, HOWELL, SMITH & LEE PLLC
8310 N. Capital of Texas Hwy., Ste. 490
Austin, Texas 78731

R.D. Guerra
rdguerra@guerraleeds.com
GUERRA, LEEDS, SABO & HERNANDEZ PLLC
10213 N. 10th Street
McAllen, Texas 78504

ATTORNEYS FOR PLAINTIFFS, VTX COMMUNICATIONS, LLC and VTX INVESTMENTS, LLC individually and derivatively on behalf of McAllen-Edinburg-Mission SMSA Limited Partnership, Texas RSA 18 Limited Partnership, and Texas RSA 19 Limited Partnership

James Hartnett
jim@hartnettlawfirm.com
THE HARTNETT LAW FIRM
The Hartnett Building
2920 N. Pearl Street
Dallas, Texas 75201

ATTORNEYS FOR PLAINTIFF SWT UNREGULATED PROPERTIES, INC. individually and derivatively on behalf of Texas RSA 18 Limited Partnership

Mike Mills
mkmills@atlashall.com
Susan Sullivan
ssullivan@atlashall.com
ATLAS HALL RODRIGUEZ
818 Pecan Street
McAllen, Texas 78501

ATTORNEYS FOR PLAINTIFF RIVIERA CELLULAR & TELECOMMUNICATIONS, INC. individually and derivatively on behalf of Texas RSA 19 Limited Partnership

*/s/ Marty L. Brimmage, Jr.*
Attorney-in-Charge for AT&T Defendants