IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VTX COMMUNICATIONS, LLC, et al., | § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 7:19-CV-00269 |
| AT&T INC., et al. | | |
| Defendants. | | |

**PLAINTIFFS' ANSWER TO AT&T DEFENDANTS'
DEMAND FOR INDEMNIFICATION**

VTX Communications, LLC and VTX Investments, LLC (collectively, "VTX"), individually and derivatively on behalf of McAllen-Edinburg-Mission SMSA Limited Partnership (the "McAllen Partnership" or "McAllen"), VTX and SWT Unregulated Properties, Inc. ("SWT"), individually and on behalf of Texas RSA 18 Limited Partnership (the "RSA 18 Partnership" or "RSA 18"), and VTX and Riviera Cellular & Telecommunications, Inc. ("Riviera") individually and on behalf of Texas RSA 19 Limited Partnership (the "RSA 19 Partnership" or "RSA 19" and together with McAllen Partnership and RSA 18 Partnership the "Partnerships," and each a "Partnership"), Plaintiffs in the above-styled and numbered cause (the "Plaintiffs" or the "Limited Partners"), file this Answer[1] in response to AT&T Defendants' "Demand for Indemnification" found in ¶ 138 of AT&T Defendants' Answer to Plaintiffs' Second Amended Petition Conformed Federal Rule of Civil Procedure 23.1 (Dkt 63) filed by

---

[1] Insofar as AT&T Defendants are intending their "Demand for Indemnification" contained in their Answer to assert affirmative relief in the form of a counterclaim, Plaintiffs are filing this Answer out of abundance of caution.

Defendants AT&T Inc.; New Cingular Wireless PCS, LLC d/b/a AT&T Mobility, individually and in its capacity as General Partner of the Partnerships ("<u>AT&T Mobility</u>"); AT&T Mobility Corporation; Cricket Communications, LLC and Cricket Wireless, LLC (collectively referred to as "<u>Defendants</u>" or the "<u>AT&T Defendants</u>").

## I. ANSWER TO AT&T DEFENDANTS' DEMAND FOR INDEMNIFICATION

1. Plaintiffs generally deny paragraph 136 in its entirety. Plaintiffs specifically deny that the language quoted therein as "Section 16.2 of the Partnership Agreements" is a full and/or accurate statement of the language contained in Section 16.2 of the Partnership Agreements. Plaintiffs further deny that the General Partner acted at all times in accordance with its duties under the Partnership Agreements and deny that the General Partner is entitled to indemnification.

2. Paragraph 138 of AT&T Defendants' Answer is a legal statement that requires no answer. To the extent an answer is required, Plaintiffs deny that AT&T Defendants and/or AT&T Mobility are entitled to indemnification for "all loss or damage incurred, including legal expenses, by the General Partner in defending this lawsuit," pursuant to Section 16.2 of the Partnership Agreements.

## II. AFFIRMATIVE DEFENSE

3. Plaintiffs affirmatively assert that AT&T Inc.; AT&T Mobility Corporation; Cricket Communications, LLC and Cricket Wireless, LLC are not parties to the Partnership Agreements and therefore lack standing to assert a claim for contractual indemnification. Further, the General Partnership is guilty of willful misconduct and/or gross negligence as pled throughout

Plaintiffs' Second Amended Petition Conformed Federal Rule of Civil Procedure 23.1.[2]

Therefore, Defendants have failed to state claims upon which relief can be granted.

## II. PRAYER

WHEREFORE, Plaintiffs respectfully request the Court:

a. Deny all relief requested by Defendants,

b. Grant all other relief to which Plaintiffs are entitled.

Respectfully Submitted,

/s/ Larry Warren
Larry Warren (Attorney-in-Charge)
Southern District No. 13994
State Bar No. 20888450
lwarren@namanhowell.com
NAMAN, HOWELL, SMITH & LEE, PLLC
Union Square II
10001 Reunion Place, Ste. 600
San Antonio, Texas 78216
(210) 731-6300
FAX (210) 785-2975

Stephanie S. Potter (Of Counsel)
Texas State Bar No. 24065923
Southern District No. 1724931
spotter@namanhowell.com
Michael S. Duncan (Of Counsel)
Texas State Bar No. 24097628
Southern District No. 3455499
mduncan@namanhowell.com
Curt Kurhajec (Of Counsel)
Admitted *Pro Hac Vice*
State Bar No. 11767200
ckurhajec@namanhowell.com

---

[2] See Dkt. 54 at 4-5, Pls.' 2nd Am. Pet. Conformed to Federal Rule of Civil Procedure 23.1 ¶ 4 (describing Project Smoothie as the genesis of the AT&T Defendants' self-dealing conduct); Dkt. 54 at 10-11, ¶ 16 (describing AT&T Defendants' self-dealing conduct as "willful and grossly negligent"); Dkt 54 at 12, ¶ 17 (describing additional AT&T conduct as "ongoing and continuing acts of gross negligence, willful misconduct, self-dealing and interference"); Dkt. 54 at 18-19, ¶ 47 (explaining how the various self-dealing transactions could not have been a "valid exercise of business judgment" and again alleging that the transactions "plainly constitute[] gross negligence and/or willful misconduct").

NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Hwy., Ste. 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

and

R.D. Guerra (Of Counsel)
Southern District No. 5949
State Bar No. 08578640
rdguerra@guerraleeds.com
Joe Hernandez (Of Counsel)
Southern District No. 15145
State Bar No. 09517700
jhernandez@guerraleeds.com
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas 78504
(956) 383-4300
FAX (956) 383-4304

**ATTORNEYS FOR PLAINTIFFS, VTX COMMUNICATIONS, LLC AND VTX INVESTMENTS, LLC** individually and derivatively on behalf of the McAllen-Edinburg-Mission SMSA Limited Partnership, Texas RSA 18 Limited Partnership, and Texas RSA 19 Limited Partnership


 /s/ James Hartnett, Jr.
James Hartnett, Jr. (Attorney-in-Charge)
Southern District No. 30132
State Bar No. 09169200
jim@hartnettlawfirm.com
Will Hartnett (Of Counsel)
Southern District No. 3441593
State Bar No. 09170200
will@hartnettlawfirm.com
Jay David Hartnett (Of Counsel)
Southern District No. 3441587
Texas State Bar No. 09169300
THE HARTNETT LAW FIRM
The Hartnett Building

2920 N. Pearl Street
Dallas, Texas 75201
(214) 742-4655
FAX (214) 855-7857

**ATTORNEYS FOR PLAINTIFF,
SWT UNREGULATED PROPERTIES, INC.**
individually and derivatively on behalf of Texas RSA 18 Limited Partnership

/s/  Mike Mills
Mike Mills (Attorney-in-Charge)
Southern District No. 1211
State Bar No. 14163500
mkmills@atlashall.com
Susan Sullivan (Of Counsel)
Southern District No. 13144
State Bar No. 11546700
ssullivan@atlashall.com
ATLAS HALL RODRIGUEZ
818 Pecan Street
McAllen, Texas 78501
(956) 682-5501
FAX (956) 686-6109

**ATTORNEYS FOR PLAINTIFF,
RIVIERA CELLULAR &
TELECOMMUNICATIONS, INC.** individually and derivatively on behalf of Texas RSA 19 Limited Partnership

## **CERTIFICATE OF SERVICE**

We hereby certify that a copy of the foregoing was sent by electronic service in accordance with the Federal Rules of Civil Procedure to the following on September 16, 2020.

**COUNSEL FOR DEFENDANTS:**

*Via the CM/ECF Service or Via Email*
Marty L. Brimmage, Jr.
Kendrea Tannis
Lacy M. Lawrence
Laura P. Warrick
Brennan H. Meier
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
mbrimmage@akingump.com
ktannis@akingump.com
llawarence@akingump.com
lwarrick@akingump.com
bmeier@akingump.com

*Via the CM/ECF Service or Via Email*
Zoe K. Wilhelm
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Ste. 1500
Los Angeles, CA 90067
Zoe.wilhelm@faegredrinker.com

*Via the CM/ECF Service or Via Email*
Gil P. Peralez
Chris Franz
PERALEZ FRANZ LLP
1416 Dove Avenue
McAllen, Texas 78594
Service Email: service@peralezfranzlaw.com
gpp@peralezfranzlaw.com
ccf@peralezfranzlaw.com

*Via the CM/ECF Service or Via Email*
Charles Blanchard
Roderick L. Wilson
AT&T SERVICES, INC.
208 S. Akard Street. Rm. 3111
Dallas, Texas 75202
Charles.blanchard@att.com
Roderick.wilson.1@att.com

/s/ Larry Warren